No. 3170. RIVERA, APELANTE, *v.* DÍAZ, APELADO.—C. de D. de Aguadilla. Otorgamiento de escritura. R. nov. 8, 1923. Se desestimó la apelación por haber vencido en sept. 17, 1923 la última prórroga concedida al taquígrafo para preparar la transcripción de la evidencia que solicitó el apelante

y no hizo, sin que se haya archivado tampoco la transcripción de autos.